IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**PHILLIP GOODWIN**                                                                  **PLAINTIFF**

VS.                                               **CIVIL ACTION NO.: 1:19cv182-GHD-DAS**

**PREMIER FORD LINCOLN MERCURY, INC.,**
**FORD MOTOR COMPANY,**
**FORD MOTOR CREDIT COMPANY LLC, and**
**UNKNOWN DEFENDANTS (A–Z), whether singular**
**or plural, those other persons, corporations, firms, or**
**other entities whose wrongful conduct caused or**
**contributed to cause the injuries and damages to**
**Plaintiff, and/or are vicariously liable for the acts of**
**one or more of the other Defendants, all of whose true**
**and correct names are unknown to Plaintiff at this time,**
**but will be substituted by amendment when ascertained.**        **DEFENDANTS**

<u>ORDER OF RECUSAL</u>

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 15th day of November, 2019.

                                                        /s/ Glen H. Davidson
                                                        SENIOR U.S. DISTRICT JUDGE